UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNIVERSAL PROCESSING LLC,

        Plaintiff,

-v-                                  No. 17 CV 10210-LTS

WEILE ZHUANG a/k/a VERA ZHUANG, &
ARGUS MERCHANT SERVICES LLC,

        Defendants.

-----------------------------------------------------------x

### ORDER

On September 28, 2018, the Court granted Defendants' motion to dismiss Plaintiff's complaint and ordered that Plaintiff must file any motion for leave to amend by October 12, 2018, or the action would be dismissed with prejudice. (Docket Entry No. 24.) In light of Plaintiff's failure to file such a motion, the Court dismisses this action with prejudice.

The Clerk of Court is directed to enter judgment and close the case.

SO ORDERED.

Dated: New York, New York
       October 31, 2018

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge