UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL PROCESSING LLC,
                      Plaintiff,

      -against-

WEILE ZHUANG a/k/a VERA ZHUANG &
ARGUS MERCHANT SERVICES LLC,
                      Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/18
```

17 **CIVIL** 10210 (LTS)

## JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2018, the Court granted Defendants' motion to dismiss Plaintiff's complaint on September 28, 2018, and ordered that Plaintiff must file any motion for leave to amend by October 12, 2018, or the action would be dismissed with prejudice. (Docket Entry No. 24.) In light of Plaintiff's failure to file such a motion, the action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          October 31, 2018

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                **BY:**
                                                 _/s/ K. Mango_
                                                   **Deputy Clerk**